No. 18934—The State, ex rel. C. C. Crabbe, Attorney General, v. John C. Felton, Mayor of

## OHIO SUPREME COURT—Continued

the Village of Grove City, Ohio. In Mandamus. MATTHIAS, J.

One-half of the money arising from fines and forfeited bonds in the enforcement of the provisions of the state prohibition laws belongs to the state and must be paid into the state treasury; municipal councils are not authorized to expend or appropriate any of such portion for the purpose of hiring attorneys, detectives or secret service officers.

Writ allowed.

Marshall, C. J., Jones, Day Allen, Kinkade, and Robinson, JJ., concur.